| FORM B1 | United States Bankruptcy Court<br>District of  Wyoming | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>CARSWELL, KENNETH MICHAEL | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>Kenneth M. Carswell | All Other Names used by the joint debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc.Sec./Tax I.D. No.(If more than one, state all):<br>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 | Soc.Sec./Tax I.D. (If more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br><br>206 Highway 20 South<br>Thermopolis, WY 82443 | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  Hot Springs | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue: (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check any applicable box) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| [X] Individual(s) | [ ] Railroad | [X] Chapter 7  [ ] Chapter 11  [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9  [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 – Case ancillary to foreign proceeding |
| [ ] Other_____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [X] Consumer/Non-Business   [ ] Business | [X] Filing Fee is attached |
| **Small Business** (Chapter 11 only) | [ ] Filing Fee to be paid in installments ( Applicable to individuals only.) |
| [ ] Debtor | Must attach signed application for the court's consideration certifying |
| [ ] Debtor is and elects to be considered a small business under | that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

### Statistical/Administrative Information (Estimates Only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED IN THE
BANKRUPTCY COURT
DISTRICT OF WYOMING
2003 JUL 28  PM 1:44
... MARIS, CLERK

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets (Check on Box) | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1,000,000 | $1,000,001 to<br>$10 million | 10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts (Check one box) | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1,000,000 | $1,000,001 to<br>$10 million | 10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s)
KENNETH MICHAEL CARSWELL

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtors (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and chose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ken Carswell_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
_____
7/25/03
Date

**Signature(s) of Debtors (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _Jerry D. Williams_
Signature of Attorney for Debtor(s)
Jerry D. Williams
Printed Name of Attorney for Debtor(s)
Williams Law Office
Firm Name
339 Arapahoe
Address
Thermopolis, WY  82443

307-864-2517
Telephone Number
7/25/03
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
❏ Exhibit A is attached and made part of this petition.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11,12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Jerry D. Williams_       7/25/03
Signature of Attorney for Debtor(s)       Date

Form B6(Summary)
Rev. 12/94

# United States Bankruptcy Court

DISTRICT OF WYOMING

In re KENNETH MICHAEL CARSWELL _____,    Case No._____
Debtor    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,B,D,E,F,I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D,E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 5 | $ 118,426.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2. | | $ 18,391.71 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ -0- | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 5 | | $ 82,193.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ -0- |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1387..73 |
| Total Number of Sheets of ALL Schedules -> | | 19 | | | |
| Total Assets -> | | | $118,426.00 | | |
| Total Liabilities -> | | | | $100,585.23 | |

Forms Inc. • 800/854-1080 • Form B6(Summary)

Form B6A

In re _____ KENNETH MICHAEL CARSWELL _____ ,     Case No._____
                        Debtor                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total-> | $ –0–

(Report also on Summary of Schedules.)

Forms Inc • 800/654-1060 • Form B6A

Form B6B(1)

In re KENNETH MICHAEL CARSWELL

Debtor

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $ 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>American National Bank | | $ 27.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See attached list | | $152.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Old stereo, tapes | | $   5.00 |
| 6. Wearing apparel. | | 20 shirts, 5 pants, 4 pair shoes | | $ 20.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | .22 rifle<br>Bar-bell | | $   2.00<br>$   5.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Forms Inc. • 800/654-1080 • Form B6B(1)

KENNETH MICHAEL CARSWELL

SCHEDULE B

PERSONAL PROPERTY

| 4. | File Cabinet | $20.00 |
|---|---|---|
| | Bed | $25.00 |
| | Microwave | $ 5.00 |
| | Misc. dishes, silverware, cookware | $15.00 |
| | Towels, linens | $ 7.00 |
| | 25" TV | $40.00 |
| | 13" TV | $10.00 |
| | VCR | $10.00 |
| | Satellite Dish | $20.00 |
| | TOTAL: | $152.00 |

Form B6D(2)

In re  KENNETH MICHAEL CARSWELL                    ,    Case No. _____
                          Debtor                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing Plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts Receivable. | | Lumber Country for Fence Rails, 7122 S.E. Milwauki Ave., Portland, OR  97202 | | $1,120.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | U.S. Govt. for work performed overrun on contract job – contested  Money due for fraud by Seller oh Mack Dump Truck – contested | | $98,000.00  $ 6,500.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Forms Inc. • 800/854-1080 • Form B6B(2)

Form B6B(3)

In re KENNETH MICHAEL CARSWELL

Debtor

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Ford F250 Pickup Truck#1FTHX26G2RKCO6453<br>Homemad enclosed trailer #OR49735<br>Woodline Cab-over Camper 1970 #S1687<br>Airstream 25' camper 1976 #125T6J2525 | | $3000.00<br>200.00<br>20.00<br>2500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25 Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | See attached list | | $6865.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

___2  continuation sheets attached       Total  ->   $ 118,426.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Forms Inc. • 800/864-1080 • Form B6B(3)

PERSONAL PROPERTY

#27

| | |
|---|---|
| 2 Chainsaws | $   200.00 |
| 1 Tablesaw | 2000.00 |
| 2 Band saws | 1000.00 |
| 2 Electric Motors | 500.00 |
| 1 Pile Driver | 100.00 |
| Assorted Fire Extinguishers | 60.00 |
| Push lawn mower | 5.00 |
| Mack Truck | 3000.00 |

Form B6C

In re ___KENNETH MICHAEL CARSWELL_____, ___    Case No. _____
Debtor                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

**(Check one box)**

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1994 Ford 3/4 ton 4x4 Pickup | W.S. §1-20-106 (a)(iv) | $2400.00 | $3000.00 |
| 1976 Airstream Camper Trailer | W.S. §1-20-104 | $6,000.00 | $2,500.00 |
| Tools of Trade | W.S. §1-20-106(b) | $2,000.00 | $2,865.00 |
| Household | W.S. §1-20-106(a) | $2,000.00 | $  152.00 |
| Clothing | W.S. §1-20-105 | $1,000.00 | $   20.00 |

Form B6D

In re KENNETH MICHAEL CARSWELL
_____, Case No._____
Debtor                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10202<br><br>Stockgrowers State Bank<br>700 Big Horn Avenue<br>Worland, WY 82401 | | | 3/12/01 - 1st lien<br>11/19/02 - 2nd lien<br>See attached description of property<br><br>VALUE $ 9,200.00 | | | | $10,974.55 | 1,774.55 |
| ACCOUNT NO.<br><br>Volvo<br>P.O. Box 7247-0236<br>Philadelphia, PA 19170 | | | Finance Dump Truck<br><br><br>VALUE $ 3,000.00 | | | | $ 7,417.16 | 4,417.16 |
| ACCOUNT NO.<br><br><br>| | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br>| | | <br><br>VALUE $ | | | | | |

____1____ continuation sheets attached

Subtotal -> $
(Total of this page)

Total -> $ 18,391.71
(Use only on last page)

(Report total also on Summary of Schedules)

Forms Inc. • 800/854-1080 • Form B6D

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS


RE:   Stockgrowers State Bank
      Description of Property

| | |
|---|---|
| 2 chainsaws | $200.00 |
| 1 table saw | $2,000.00 |
| 2 band saws | $1,000.00 |
| 2 electric motors | $ 500.00 |

| | |
|---|---|
| 1994 F250 Ford Pickup with Canopy 4 x 4 | $3,000.00 |
| 1976 25' camper | $2,500.00 |

Form B6E
Rev 12/94

Case 03-21504   Doc 1   Filed 07/28/03   Entered 07/28/03 14:14:55   Desc Main
Document   Page 13 of 39

In re___KENNETH MICHAEL CARSWELL_____,   Case No._____

Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, Place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

⬜  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

⬜  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representative up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

⬜  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered with 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

⬜  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

⬜  **Deposits by individuals**
Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

⬜  **Alimony, Maintenance, or Support**
Claims of a spouse., former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

⬜  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

⬜  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____continuation sheets attached

Form B6F

In re __KENNETH MICHAEL CARSWELL_____, ____,   Case No._____
Debtor                                                           (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contigent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4226-6102-5468-3978<br><br>Chase VISA<br>P.O. Box 52195<br>Phoenix, AZ  85072 | | | Credit Card | | | | $21,907.00 |
| ACCOUNT NO. 4246-3119-2703-9179<br><br>Bank One VISA<br>P.O. Box 94014<br>Palatine, IL  60094 | | | Credit Card | | | | $ 8,712.31 |
| ACCOUNT NO. F05X17034<br><br>Stanley Weinberg & Assoc.<br>1200 Roosevelt Rd., Suite 201<br>Glen Ellyn, IL  60137 | | | Collection Company for Bank One | | | | |
| ACCOUNT NO. 503424188<br><br>Cellular One<br>P.O. Box 79128<br>Phoenix, AZ  85062 | | | Cellular Phone Service | | | X | $ 1,065.65 |

_____ Continuation sheets attached

Subtotal - >  (Total of this page)  $ 31,684.96
Total - > (Use only on last page of the completed Schedule F)  $

(Report total also on Summary of Schedules)

Forms Inc. • 800/854-1080 • Form B6F

Form B6F(Cont )

In re __KENNETH MICHAEL CARSWELL_____ .   Case No. _____
　　　　　　　　　　　　(Debtor)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5139313<br><br>Bureau of Collection Recovery<br>7575 Corporate Way<br>Eden Prairie, MN 55344 | | | Collection Agency for Cellular One | | | X | |
| **ACCOUNT NO.** 03-118649-05<br><br>Wyoming Rents, LLC<br>2401 East Yellowstone Hwy.<br>Casper, WY 82609 | | | Equipment Rental | | | | $ 2,779.90 |
| **ACCOUNT NO.** 298729<br><br>RMA<br>P.O. Box 970<br>Casper, WY 82602 | | | Collection Agency for Wyoming Rents | | | | |
| **ACCOUNT NO.** 5200-0101-0935-0278<br><br>MBNA<br>P.O. Box 15137<br>Wilmington, DE 19886 | | | Credit Card | | | | $19,054.56 |
| **ACCOUNT NO.** 106893578<br><br>Wolpoff and Abramson, LLP<br>Two Irvington Centre<br>702 King Farm Blvd.<br>Rockville, MD 20850 | | | Collection Agency for MBNA | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page)  $ 21,834.46

Total - >  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

Forms Inc. • 800/854-1080 • Form B6F(Cont.)

Form B6F(Cont)

In re KENNETH MICHAEL CARSWELL _____ , Case No. _____
(Debtor)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4417-1210-4037-9474 <br><br> First USA <br> P.O. Box 50882 <br> Henderson, NV  89016 | | | Credit Card | | | | $ 6,124.59 |
| ACCOUNT NO. <br><br> Credor Interchange <br> P.O. Box 13355 <br> Buffalo, NY  14240 | | | Collection Agency for First USA | | | | |
| ACCOUNT NO. 6011-0099-2021-9578 <br><br> Discover Platinum <br> P.O. Box 15156 <br> Wilmington, DE  19850 | | | Credit Card | | | | $11,426.00 |
| ACCOUNT NO. 298729 <br><br> RMA <br> P.O. Box 970 <br> Casper, WY  82602 | | | Collection Agency for Discover Platinum | | | | |
| ACCOUNT NO. <br><br> Volvo <br> P.O. Box 7247-0236 <br> Philadelphia, PA 19170 | | | ~~Finance Mack Dump Truck~~ <br> moved to <br> Secured claims | | | X | ~~$ 7,417.16~~ |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)  $ 17,550.59

Total -> (Use only on last page of the completed Schedule F)  $

(Report total also on Summary of Schedule)

Forms Inc. • 800/854-1080 • Form B6F(Cont)

Form B6F(Cont.)

In re  KENNETH MICHAEL CARSWELL ___ __ ,   Case No. _____
                    (Debtor)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Brown & Hiser, LLC<br>P.O. Box 971<br>Laramie, WY  82073 | | | Attorney fees | | | x | $ 2,281.35 |
| **ACCOUNT NO.**<br><br>C and B Sand and Gravel<br>P.O. Box 14<br>Baggs, WY  82321 | | | Cobble Rock  11/12/01 | | | | $ 3,975.00 |
| **ACCOUNT NO.**<br><br>Dunn Trucking, Inc.<br>Box 3<br>Savery, WY  82332 | | | Sand, Gravel; 3/28/02 | | | | $   585.00 |
| **ACCOUNT NO.**<br><br>Miller Repair Service<br>P.O. Box 369<br>Meeteetse, WY  82433 | | | Repairs on Mack Dump Truck 9/9/02 | | | | $   807.16 |
| **ACCOUNT NO.**<br>M15005<br><br>Tri-State Truck & Equipment<br>P.O. Box 340<br>Casper, WY  82602 | | | Equipment Rental | | | x | $2,675.00 |

Sheet no. __ ___ of __ ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page)  **$ 10,323.51**

Total - > (Use only on last page of the completed Schedule F)  $

(Report total also on Summary of Schedule)

Forms Inc • 800/854-1080 • Form B6F(Cont.)

Form B6F(Cont.)

In re   KENNETH MICHAEL CARSWELL                    ,    Case No. _____
                    (Debtor)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Nielsen Oil Co. <br> 215 South 6th <br> Thermopolis, WY  82443 | | | Fuel | | | | $   800.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page)    $    800.00

Total - >
(Use only on last page of the completed Schedule F)    $ 82,193.52

(Report total also on Summary of Schedule)

Forms Inc. • 800/854-1080 • Form B6F(Cont.)

Form B6G

In re  KENNETH MICHAEL CARSWELL                    ,    Case No._____  _____  _____  ___ ___
                    Debtor                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H

In re_____KENNETH MICHAEL CARSWELL_____,   Case No. _____
Debtor                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Form B6I

In re KENNETH MICHAEL CARSWELL _____,    Case No._____
                Debtor                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Single | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $ – 0 – | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify:_____) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify)_____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | $ | $ |
| (Specify)_____ | $ | $ |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ – 0 – | $ |

TOTAL COMBINED MONTHLY INCOME    $_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6J

In re KENNETH MICHAEL CARSWELL                    ,    Case No._____
                    Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled  "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 350.00 |
| Are real estate taxes included?      Yes_____      No_X_ . | |
| Is property insurance included?      Yes_____      No_X_ | |
| Utilities  Electricity and heating fuel | $ 144.38 |
|           Water and sewer | $_____ |
|           Telephone | $ 70.00 |
|           Other_____TV/Cable_____ | $ 41.58 |
| Home maintenance (repairs and upkeep) | $ 20.00 |
| Food | $ 200.00 |
| Clothing | $ 30.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $_____ |
| Transportation (not including car payment) | $ 150.00 |
| Recreation, clubs and entertainment. newspapers, magazines, etc. | $_____ |
| Charitable contributions | $_____ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|           Homeowner's or renter's | $_____ |
|           Life | $_____ |
|           Health | $_____ |
|           Auto | $ 32.08 |
|           Other_____ | $_____ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $_____ |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|           Auto | $_____ |
|           Other____Loan from Stockgrowers State Bank_____ | $ 309.69 |
|           Other_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ |
| Payments for support of additional dependents not living at your home | $_____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $_____ |
| Other_____ | $_____ |
| | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 1,387.73 |

## [FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $_____ |
| B. Total projected monthly expenses | $_____ |
| C. Excess income (A minus B) | $_____ |
| D. Total amount to be paid into plan each_____ | $_____ |
|                    (interval) | |

B6(Decl.)
Rev. 12/94

In re ___KENNETH MICHAEL CARSWELL_____,   Case No. _____
Debtor                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____19_____ sheets.
and that they are true and correct to the best of my knowledge, information, and belief.   (Total shown on summary page plus 1.)

Date ___Jul. 25, 2003_____       Signature: ___Ken Carswell_____
                                                                                      Debtor

Date _____       Signature: _____
                                                                            (Joint Debtor, if any)
                                                                (If joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____       _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____

                                          Signature: _____

                                                          _____
                                                          [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 & 3571*

Forms Inc. • 800/854-1080 • Form B6(Decl.)

Form B7(1)
(Rev  12/94)

## UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____WYOMING_____ —

In re: __KENNETH MICHAEL CARSWELL_____,          Case No.__._____._____._____
          (Name)          Debtor          (If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE (if more than one)

2003 – $3,718.83                    Big Horn Cooperative Marketing Assoc.
2002 – $41,649.00                   Cedar Products Mfg. & wages
2001 – $28,726.00                   Cedar Products Mfg. & wages

**2.  Income other than from employment or operation of business**

None
☒
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

**3.  Payments to creditors**

None
☐
**a.**   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAMES AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Stockgrower's State Bank (American National Bank) 700 Big Horn Avenue Worland, WY  82401 | 05/03 06/03 07/03 | 309.69 309.69 309.69 | $10,974.55 |

None
☒
**b.**   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☒
**a.**   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated  and a joint petition  is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None **b.** Describe all property that has been attached, garnished or seized under any legal or equitable
☒ process within **one year** immediately preceding the commencement of this case. (Married debtors
filing under Chapter 12 or Chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred
☒ through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding
the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None **a.** Describe any assignment of property for the benefit of creditors made within **120 days** imme-
☒ diately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter
13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official
☒ within **one year** immediately preceding the commencement of this case. (Married debtors filing under
Chapter 12 or Chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Form B7(4)

## 7. Gifts

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None
☒

**a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** Immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is file, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Gases Plus<br>110 S. 5th<br>Worland, WY | Acetalene 10 gal. tank $200.00 | Thermopolis, WY |
| Clarence Eldridge<br>4949 Hwy 120<br>Meeteetse, WY | flat bed trailer $200.00<br>water tank 500 gal $20.00<br>Diesel tank 300 gal $50.00<br>Misc. brokenrepairable $10.00 | Thermopolis, WY |
| Ron Carswell<br>206 Hwy 20 S. Thermop | Acetalene torch & regulator<br>olis      equipment $25.00 | Thermopolis, WY |

**15. Prior address of debtor**

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 3770 Grass Creek Rd.<br>Thermopolis, WY  82443 | Ken Carswell | 4/30/03 |
| Fairgrounds<br>Basin, WY | Ken Carswell | 4/25/03 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **two years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the **two years** immediately preceding the commencement of this case.)*

### 16. Nature, location and name of business

None
☐

**a.** If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years** immediately preceding the commencement of this case.

**b.** If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

**c.** If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|
| Cedar Products Manufacturing | 206 Hwy 20 S. Thermopolis, Wyoming | logging & cutting cedar | 1997 to present |

### 17. Books, records and financial statements

None
☐

**a.** List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED

Michael Liesch                                          1999 to present
339 Arapahoe
Thermopolis, WY   82443

None
☒

**b.** List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS          DATES SERVICES RENDERED

None ☒    **c.**    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

      NAME                            ADDRESS

None ☒    **d.**    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

      NAME AND ADDRESS                        DATE ISSUED

### 18. Inventories

None ☒    **a.**    List the dates of the **last two** inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                          DOLLAR AMOUNT OF INVENTORY
      DATE OF INVENTORY    INVENTORY SUPERVISOR     (Specify cost, market or other basis)

None ☒    **b.**    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                   NAME AND ADDRESSES OF CUSTODIAN
      DATE OF INVENTORY            OF INVENTORY RECORDS

### 19. Current Partners, Officers, Directors and Shareholders

None ☒    **a.**    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

      NAME AND ADDRESS     NATURE OF INTEREST       PERCENTAGE OF INTEREST

None   **b.**   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder
☒      who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the
       corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

---

### 20. Former partners, officers, directors and shareholders

None   **a.**   If the debtor is a partnership, list each member who withdrew from the partnership within **one year**
☒      immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None   **b.**   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒      terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

---

### 21. Withdrawals from a partnership or distributions by a corporation

None          If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
☒      to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
       exercised and any other perquisite during **one year** immediately preceding the commencement of
       this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

*     *     *     *     *     *

Form B7(Decl)
Rev. 12/94

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ 7/25/03 _____          Signature _Ken Crowell_
                                  of Debtor

Date _____           Signature _____
                                  of Joint Debtor
                                  (if any)

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I Certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                    _____
                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____, continuation sheets attached

*Penalty for making a false statement: Fine of up to 500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571*

Forms Inc • 800/854•1080 • Form B7(Decl.)

B201
(Rev. 4/95)

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($130 filing fee plus $30 administrative fee plus $15 Trustee fee)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_7/25/03_
Date

_[Signature]_
Signature of Debtor

_____
Case Number

**WHITE--DEBTOR COPY   PINK--COURT COPY**

Form B8 (Official Form 8)(9/97)

**UNITED STATES BANKRUPTCY COURT**

**District of** ___WYOMING___

In re ___KENNETH MICHAEL CARSWELL___          Case No. _____
                          Debtor

                                              Chapter Seven

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts.

   a. *Property to be Surrendered.*

      **Description of Property**                    **Creditor's name**

   b. *Property to Be Retained*                      *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to § 722 | Debt will be reaffirmed pursuant to § 524(c) |
|---|---|---|---|---|
| 1976 Airstream Camper, 1994 Ford Pickup, all tools & equipment | Stockgrowers State Bank | | | x |

Date: __7/25/03__                              ___Ken Carswell___
                                               Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY PETITION PREPARER (SEE 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date:

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Forms Inc. • (800)854-1080

Name ___Jerry D. Williams_____

Address___339 Arapahoe_____

____Thermopolis, WY   82443_____

Telephone___307-864-2517_____

☒ Attorney for Debtor(s)      (If applicable) Attorney's
☐ Debtor Representing Self      State Bar I.D. No. ___2488_____

## UNITED STATES BANKRUPTCY COURT
## _____DISTRICT OF__ WYOMING_____

In re,___KENNETH MICHAEL CARSWELL_____

*[Set forth here all names including married, maiden, and trade
names used by debtor within last 6 years.]*

                                        Debtor

KENNETH M. CARSWELL

Address ___206 Highway 20 South_____
_____Thermopolis, WY   82443_____

Social Security No(s).___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_____and all
Employer's Tax Identification Nos.*[if any]* _____

Case No._____

Chapter _____7_____

## STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

(1) The undersigned, is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) in this case.
   (a) for legal services rendered or to be rendered in contemplation of and in connection with this case... $ 750.00
   (b) prior to filing this statement, debtor(s) have paid.................................................................. $_____
   (c) the unpaid balance due and payable is.................................................................................. $_____

(3) $ 200.00 _____ of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code.
   (b) Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the court.
   (c) Representation of the debtor(s) at the first meeting of creditors, confirmation hearing, Relief from Stay, and compliance with General Order No. 1.
   (d) Attorney may seek supplemental fees for Relief from Stay hearings;

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and if a fee is paid by transfer of property or if security is taken, give details here and in appropriate Section of Schedules or Statement of Affairs.

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned have not shared or agreed to share, with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid except as follows:

Dated:___7/25/03_____

X _Jerry P. Williams_____

X _____
Attorneys for Debtor(s)

Forms Inc. • 800/854-1080 • BKR2016(B)

Bank One VISA
P.O. Box 94014
Palatine, IL   60094


Brown & Hiser, LLC
P.O. Box 971
Laramie, WY   82073


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN   55344


C & B Sand and Gravel
P.O. Box 14
Baggs, WY   82321


Cellular One
P.O. Box 79128
Phoenix, AZ   85062


Chase VISA
P.O. Box 52195
Phoenix, AZ   85072


Credor Interchange
P.O. Box 13355
Buffalo, NY   14240


Discover Platinum
P.O. Box 15156
Wilmington, DE   19850


Dunn Trucking, Inc.
Box 3
Savery, WY   82332


First USA
P.O. Box 50882
Henderson, NV   89016

MBNA
P.O. Box 15137
Wilmington, DE   19886


Miller Repair
P.O. Box 369
Meeteetse, WY   82433


Nielsen Oil Co.
215 South 6th
Thermopolis, WY   82443


RMA
P.O. Box 970
Casper, WY   82602


Stanley Weinberg & Assoc.
1200 Roosevelt Rd., Suite 201
Glen Ellyn, IL   60137


Stockgrowers State Bank
700 Big Horn Avenue
Worland, WY   82401


Tri-State Truck & Equipment
P.O. Box 340
Casper, WY   82602


Volvo
P.O. Box 7247-0236
Philadelphia, PA   19170


Wolpoff and Abramson, LLP
Two Irvington Centre
702 King Farm Blve.
Rockville, MD   20850

Wyoming Rents, LLC
2401 East Yellowstone Hwy.
Casper, WY  82609